BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY  10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.K. INTERNATIONAL PTY LTD., <br><br> Plaintiff, <br><br> v. <br><br> STX PAN OCEAN CO. LTD., <br><br> Defendant. | 08 Civ. 2352 (LAK) <br><br> **F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the

Court to evaluate possible disqualification or recusal, the undersigned attorney of record

for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or

affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       March 6, 2008

Respectfully submitted,
BLANK ROME, LLP
Attorneys for Plaintiff

By _____
   Jeremy J.O. Harwood (JH 9012)
   405 Lexington Avenue
   New York, NY 10174
   Tel.: (212) 885-5000

294478.1
601768.00601/6622023v.1