KAPLAN, J.

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03-06-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.K. INTERNATIONAL PTY LTD.,

        Plaintiff,

v.

STX PAN OCEAN CO. LTD.,

        Defendant.

08 Civ. 2352 (LAK)

**ORDER FOR APPOINTMENT TO SERVE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Plaintiff, having moved for an Order pursuant to Fed. R. Civ. P. Rule 4(c)(2) appointing Michael Watson, or any other qualified person appointed by Blank Rome LLP, to serve process of attachment and garnishment and any supplemental process in this matter, and it appearing from the affidavit of Jeremy J.O. Harwood, Esq., that such appointment will result in substantial economies in time and expense.

**NOW**, on motion of Blank Rome LLP, attorneys for Plaintiff, it is

**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome LLP, be and hereby is, appointed to serve Process of Maritime Attachment and a copy of the Verified Complaint on garnishees identified in the garnishment order issued by the Court.

MICROFILMED MAR - 7 2008 -9 00 AM

601768.00601/6622026v.1

Dated:   New York, New York
         March  6  , 2008

SO ORDERED:

_____
U.S.D.J.

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.K. INTERNATIONAL PTY LTD.,

                    Plaintiff,

    v.

STX PAN OCEAN CO. LTD.,

                    Defendant.

08 Civ. 2352 (LAK)

**AFFIDAVIT IN SUPPORT OF REQUEST FOR APPOINTMENT TO SERVE PROCESS**

STATE OF NEW YORK   )
                             : ss:
COUNTY OF NEW YORK )

       JEREMY J.O. HARWOOD, being duly sworn, deposes and says:

       1.    I am a member of the firm of Blank Rome, LLP attorneys for the Plaintiff herein.

       2.    We have been advised that the U.S. Marshal's Service lacks sufficient staff to effect service of Process of Maritime Attachment and Garnishment promptly or economically. I respectfully request that the Court appoint Michael Watson, or any other person appointed by Blank Rome LLP who is over 18 years of age and is not a party to this action, to serve Process of Maritime Attachment and Garnishment and supplemental process on the garnishees named in Schedule A, or upon any other or additional garnishees as may be named in any supplemental Process of Maritime Attachment and

Garnishment.

WHEREFORE, it is respectfully requested that the aforementioned person, Michael Watson, or any other person appointed by Blank Rome LLP who is over 18 years of age and not a party to this action, be appointed to effect such service.

                                                          Jeremy J.O. Harwood

Sworn to before me this
6th day of March, 2008

_____
Notary Public

NEAL MITCHELL
Notary Public, State of New York
No. 01MI6114408
Qualified in New York County
Commission Expires Aug. 16, 20__

2

601768.00601/6622018v.1

## SCHEDULE A

1. The Bank of New York
2. Bank of America
3. JP Morgan Chase
4. ABN Amro Bank
5. American Express Bank
6. Barclay's Bank
7. BNP Paribas
8. Citibank
9. Deutsche Bank and/or Deutsche Bank Trust Co. Americas
10. Dresdner Bank AG
11. HSBC Bank USA
12. Union Bank of Switzerland and/or UBS A.G.