UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.K. INTERNATIONAL PTY LTD.,                :
                                            :    08 Civ. 2352 (LAK)
                        Plaintiff,          :
                                            :    ECF CASE
        - against -                         :
                                            :
STX PAN OCEAN CO. LTD.,                     :
                                            :
                        Defendant.          :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: April 4, 2008
       Southport, CT

                                    The Plaintiff,
                                    STX PAN OCEAN CO. LTD.

                                    By: _____
                                    Patrick F. Lennon
                                    Nancy R. Peterson
                                    LENNON, MURPHY & LENNON, LLC
                                    The Gray Bar Building
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    (212) 490-6050
                                    facsimile (212) 490-6070
                                    pfl@lenmur.com
                                    nrp@lenmur.com