

MEMO ENDORSED



RECEIVED APR 23 2008 JUDGE KAPLAN'S CHAMBERS

Phone:   (212) 885-5149
Fax:     (917) 332-3720
Email:   JHarwood@BlankRome.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

April 21, 2008

**BY HAND**
The Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007

Re:   J.K. International Pty Ltd v. STX Pan Ocean Co. Ltd.
      08 ~~07 CV-10659 (LAK)~~ 2352 (LAK)
      Our Ref. No.: 601768-00601

Dear Judge Kaplan:

We are attorneys for the plaintiff, J.K. International Pty Ltd. The Court, by order dated April 8, 2008, has directed the parties to provide a consent order in respect of scheduling and set an initial conference date, should a consent order not be filed, for April 25, 2008.

We have communicated with defendant's counsel in respect of the proposed scheduling and whether or not it will amend its counterclaim given that it has been paid. We understand that Defendants will file an amended answer and counterclaim by May 2, 2008. Thereafter, we jointly propose, given that this is a Rule B action in favor of London arbitration, we write to advise the Court every 90 days of the status of that arbitration, subject to the party's right to seek relief from the Court as the case may be. In view of the undersigned's family holiday plans, outside the state, this week, we respectfully request an adjournment of the conference should it still be required.

Respectfully submitted,

*[signature]*
Jeremy J.O. Harwood

JJH:rk

cc:   Patrick Lennon (by email and fax)
      Attorney for STX

*[handwritten endorsement:]* Conference adjourned sine die. Case stayed and [illegible] suspense docket pending further order of court.

SO ORDERED
LEWIS A. KAPLAN, USDJ
4/23/08

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

601768.00601/6633478v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC